UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DWAYNE PARKER**                                              **CIVIL ACTION**

**VERSUS**                                                     **NO. 06-9459**

**SHERIFF JACK STRAIN, ET AL.**                                **SECTION: "S"(1)**

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's federal civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1), but without prejudice to his asserting his state law claims in an appropriate state court forum.

New Orleans, Louisiana, this 28th day of December, 2006.

_____
UNITED STATES DISTRICT JUDGE